Grayling BROWN–EL, Plaintiff–Appellant,

v.

Besty MURPHY, Supervisor; Septamine Thomas, Probation Officer, Defendants–Appellees.

No. 11–7311.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2011.

Decided: Dec. 23, 2011.

Grayling Brown–El, Appellant Pro Se.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Grayling Brown–El appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown–El v. Murphy*, No. 1:11–cv–00757–TSE–JFA (E.D.Va. Sept. 19, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*